# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In the matter of:

20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath &

Beyond, Inc., et.al.

                           Debtor

MICHAEL GOLDBERG, as Plan Administrator for

20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath &

Beyond, Inc.,

                           Plaintiff(s)        Case No.      23-13359(VFP)

v.

INTERNAL REVENUE SERVICE, an agency of the United

States of America                        Adversary No.  _____

                           Defendant(s)    Judge:      Papalia

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk | United States Bankruptcy Court |
|---|---|
| | 50 Walnut St 3rd Floor |
| | Newark NJ 07102 |
| | 973-645-4764 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Steven R. Wirth, Esq. |
|---|---|
| | Akerman LLP |
| | 401 East Jackson Street, Suite 1700 |
| | Tampa, Florida 33602 |

If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | MLK Bldg. | Courtroom: | 3B |
|---|---|---|---|
| | Bankruptcy Court | | |
| | 50 Walnut Street | Date and Time: | |
| | Newark, NJ 07102 | April 9, 2026 at 10:00 a.m. | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                      Jeanne A. Naughton, Clerk

Date: _____    By: _____

                                         Deputy Clerk

*rev. 1/4/17*

**Pursuant to D.N.J. LBR 9019-2, Mediation: Procedures, there is a presumption of mediation in all adversary proceedings. For more information regarding the mediation program see the related Local Rules and forms on the Court's web site: njb.uscourts.gov/mediation.**